GLACIAL AGGREGATES LLC, Appellant, v TOWN OF YORKSHIRE, Respondent.

Submitted April 5, 2010; decided June 10, 2010

Motion for reargument and/or clarification denied [*see* 14 NY3d 127 (2010)].

DONALD M. MATUSIK, Doing Business as J.B. WHITE REALTY ASSOCIATES, Respondent, v PETER R. WARD et al., Appellants.

Submitted April 19, 2010; decided June 10, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

HENDERSON J. PRESCOD, Appellant, v BETTY LEGGIERO O'BRIEN, Respondent.

Submitted April 19, 2010; decided June 10, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of HANK RICHARDSON, JR., Appellant, et al., Petitioner, v NEW YORK CITY HOUSING AUTHORITY, PATTERSON HOUSES, Respondent.

Submitted April 19, 2010; decided June 10, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.